Eric D. Houser (130079)
J. Owen Campbell (229976)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
ocampbell@houser-law.com

Attorneys for Defendant
Deutsche Bank National Trust Company, As Trustee for the Registered Holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1,
erroneously sued as Deutsche Bank National Trust Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Ginger Louise Hughes,<br>           Debtor<br>_____<br><br>Ginger L. Hughes,<br>           Plaintiff<br><br>     v.<br><br>Bravo Credit Corporation, Performance One Financial, Inc., and Deutsche Bank National Trust Company,<br>           Defendants<br>_____ | Case No.: 2:10-cv-01190-WBS-DAD<br>The Honorable William B. Shubb<br><br>**ORDER GRANTING APPLICATION TO APPEAR BY TELEPHONE AT MOTION TO WITHDRAW THE REFERENCE**<br><br>Hearing Date: July 19, 2010<br>Hearing Time: 2:00 p.m.<br>Courtroom 5, 14th Floor |

Having considered Defendant Deutsche Bank National Trust Company, As Trustee for the Registered Holders of Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1's ("Deutsche Bank") application to appear by telephone at the hearing on Defendant's Motion

1  to Withdraw the Reference, scheduled for hearing July 19, 2010 at 2:00 p.m. in
2  Courtroom 5, 14th Floor, the Court hereby GRANTS THE APPLICATION.
3     Deutsche Bank's counsel may appear at the hearing by telephone.
4  Counsel for Deutsche Bank must be available by telephone at 949-679-1111 at
5  least 15 minutes prior to the scheduled hearing.
6     IT IS SO ORDERED.

9  DATED:  July 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE