UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re: GINGER LOUISE HUGHES,   NO. CIV. 10-1190 WBS DAD
                                                   BK. NO. 09-36645-B-7
        Debtor,               ADV. PRO. NO. 10-02225-B
_____/

GINGER LOUISE HUGHES,             ORDER

        Plaintiff,

    v.

BRAVO CREDIT CORPORATION,
PERFORMANCE ONE FINANCIAL,
INC., and DEUTSCHE BANK
NATIONAL TRUST COMPANY,

        Defendants.
_____/

----oo0oo----

        The hearing on defendant Deutsche Bank National Trust Company's motion to withdraw the reference of plaintiff Ginger Louise Hughes's adversarial action to bankruptcy court is currently scheduled before the court on July 19, 2010.  On July

1

16, 2010, plaintiff contacted the courtroom deputy and stated that she did not receive notice of defendant's motion or the court's notice of hearing, which was mailed on 7/14/2010 to her address as noted on the docket.  Although plaintiff also indicated that she received word of the hearing during a proceeding before the bankruptcy court on June 15, 2010, she claims that she was confused as to the date of the hearing in this court.  Plaintiff also stated that she currently does not have a car and would be unable to attend the July 19, 2010 hearing on short notice.

      IT IS THEREFORE ORDERED that the July 19, 2010 hearing on defendant's motion to withdraw the reference to bankruptcy court be, and the same hereby is, CONTINUED to August 30, 2010, at 2:00 p.m. in courtroom 5.

      IT IS SO ORDERED.

DATED:  July 16, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE